IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS MARINELLI, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 22-2401 |
| | : | |
| SUPERINTENDENT | : | |
| JAIME SORBER, *et al.,* | : | |
| Defendant | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Susan Affronti on behalf of Defendant Superintendent Jaime Sorber.

                  Respectfully submitted,

                  MICHELLE A. HENRY
                  Acting Attorney General

            By:   *s/ Susan E. Affronti*
                  SUSAN E. AFFRONTI

Office of Attorney General          Deputy Attorney General
1600 Arch Street, Suite 300          Attorney ID 88010
Philadelphia, PA 19103
Phone: (215) 965-1029              KAREN M. ROMANO
                                        Chief Deputy Attorney General
saffronti@attorneygeneral.gov      Civil Litigation Section

Date: February 15, 2023            Counsel for Defendant Sorber

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS MARINELLI, : | |
| Plaintiff : | |
| : | |
| v. : | No. 22-2401 |
| : | |
| SUPERINTENDENT : | |
| JAIME SORBER, *et al.,* : | |
| Defendant : | |

## CERTIFICATE OF SERVICE

I, Susan E. Affronti, Deputy Attorney General, hereby certify that on February 15, 2023, I caused to be served a true and correct copy of the foregoing document titled Withdrawal of Appearance to the following:

<u>VIA U.S. MAIL</u>
Smart Communications/PADOC
Nicholas Marinelli, FT-2046
SCI Phoenix
P.O. Box 33028
St. Petersburg, FL 33733
*Pro Se Plaintiff*

　　　　　　　　　　　　　　　　　　　　*s/ Susan E. Affronti*
　　　　　　　　　　　　　　　　　　　SUSAN E. AFFRONTI
　　　　　　　　　　　　　　　　　　　Deputy Attorney General